UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

vs.    CASE NO:   3:21-mj-1296-JBT

DANIEL PAUL GRAY

## **ORDER**

Defendant appeared before this Court pursuant to Rule 5(c)(3), Fed.R.Crim.P., having been arrested on a warrant issued by the District of Columbia. Defendant was advised of the charges and the maximum penalties. He was also advised of his rights, including his right to counsel. Counsel was appointed and Defendant waived his rights to an identity hearing and a preliminary hearing.

Accordingly, it is hereby **ORDERED**:

1.  Defendant, having been released on conditions, is directed to appear before the Honorable Zia M. Faruqui, United States Magistrate Judge, on June 1, 2021 at 1:00 p.m., via Zoom videoconference.

2.  The Clerk of Court shall transmit to the District of Columbia any appropriate documentation from the file and then close this file.

**DONE AND ORDERED** in Jacksonville, Florida this 24th day of May, 2021.

*JOEL B. TOOMEY*
JOEL B. TOOMEY
United States Magistrate Judge

Copies to:
Asst. U. S. Attorney (Taylor)
Asst. Federal Public Defender (Grant)
U. S. Marshals Service
U. S. Pretrial Services
Defendant